UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

August 01, 2023

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **NM** _____

DEPUTY

| | | |
|---|---|---|
| DR. AJA GARDNER | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | SA-20-CV-860-OLG |
| SOUTHWEST INDEPENDENT | ) | |
| SCHOOL DISTRICT | ) | |
| | ) | |
| Defendant | ) | |

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**

The Court has considered the report and recommendation of United States Magistrate Judge Elizabeth S. Chestney, filed in the above-styled and numbered cause on May 11, 2023. Docket no. 54. Plaintiff filed objections, which have also been considered. Docket no. 56. The Court has conducted an independent review of the record and has reviewed the applicable law. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b). The Court finds that the Magistrate Judge's recommendation should be accepted.

It is therefore ORDERED that the Magistrate Judge's recommendation (docket no. 54) is ACCEPTED and Defendant's motion for summary judgment (docket no. 38) is GRANTED for the reasons stated in the recommendation. Final judgment may be entered accordingly, with taxable costs assessed against Plaintiff. This case may be closed.

SIGNED on the ___ day of August, 2023.

_____
ORLANDO L. GARCIA
UNITED STATES DISTRICT JUDGE